**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-cv-00288-MOC-DSC**

| | |
|---|---|
| CHESTER TAYLOR III, RONDA and BRIAN WARLICK, LORI MENDEZ, LORI MARTINEZ, CRYSTAL PRICE, JEANETTE and ANDREW ALESHIRE, MARQUITA PERRY, WHITNEY WHITESIDE, KIMBERLY STEPHAN, KEITH PEACOCK, ZELMON MCBRIDE, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Keith Levenberg]" (document #3). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: June 20, 2018

David S. Cayer
United States Magistrate Judge