# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:18-cv-00288-MOC-DSC

| | |
|---|---|
| CHESTER TAYLOR III, RONDA and BRIAN WARLICK, LORI MENDEZ, LORI MARTINEZ, CRYSTAL PRICE, JEANETTE and ANDREW ALESHIRE, MARQUITA PERRY, WHITNEY WHITESIDE, KIMBERLY STEPHAN, KEITH PEACOCK, ZELMON MCBRIDE, Plaintiffs, v. BANK OF AMERICA, N.A., Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Plaintiffs' Unopposed Motion To Stay Proceedings Pending Resolution Of Plaintiffs' Motion To Remand" (document #11). For the reasons stated therein, the Motion is <u>granted</u>.

If the Court denies Plaintiffs' Motion to Remand, Plaintiffs' shall file their response to Defendant's Motion to Dismiss within ten days of that Order.

**SO ORDERED**.

Signed: June 25, 2018

_____
David S. Cayer
United States Magistrate Judge